# 710
1/15/04

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - x
In re:                                          :    Chapter 11 Case
                                                :
DDI Corp., et al.,        No.:                  :    Case 03-15261 (SMB)
                                                :
                     Debtors.                   :    Jointly Administered
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEAL

Edward Shirley, movant and objector appeals under 28 U.S.C. §158(a) and (b) from the following:

1.  The Order of Chief Bankruptcy Judge Bernstein denying the Motion of Edward Shirley for an Order Directing the Appointment of an Equity Security Holders' Committee and Extending both the Deadline to Object to and the Hearing on Confirmation of the Debtors' Joint Plan, entered in this case on January 13, 2004;

2.  The Order of Chief Bankruptcy Judge Bernstein Confirming Debtors' Modified First Amended Plan of Reorganization, entered in this case on December 2, 2003; and

3.  The Order of Chief Bankruptcy Judge Bernstein denying the Motion of Edward Shirley for a Stay of Implementation and Consummation of the Debtors' Joint Plan and to Reopen the Hearings and to Reconsider the Orders (i) Denying the Application for an Adjournment of Both the Deadline to Object to and the Hearing On Confirmation of the Debtors' Joint Plan in Order to Permit Discovery, and (ii) Confirming the Debtors' Joint Plan of Reorganization, entered in this case on January 5, 2004.

Notice of Appeal

The names of all parties to the judgement, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Party | Counsel |
|---|---|
| Ad Hoc Committee of Noteholders | Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Stars – 12th Floor<br>Los Angeles, CA 90067<br>Attn:  George Chandler Webster, Esq.<br>         Margreta Sundelin, Esq.<br>(310) 228-5600 |
| Alpine Associates | Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas – 43rd Floor<br>New York, NY 10020<br>Attn:  Roy Babit, Esq.<br>         Jeffrey E. Glen, Esq.<br>(212) 278-1009 |
| Bankruptcy Management Corporation<br>1330 E. Franklin Ave.<br>El Segundo, CA 90245<br>(310) 321-5555 | |
| California Public Employees Retirement System | Felderstein Fitzgerald Willoughby & Pascuzzi LLP<br>400 Capitol Mall – Suite 1450<br>Sacramento, CA 95814-4434<br>Attn:  Steven H. Felderstein, Esq.<br>(916) 329-7400 |
| DDi Corp. And DDi Capital<br>1220 North Simon Circle<br>Anaheim, CA 92806<br>Attn: Timothy Donnelly, Esq. | Wormser, Kiely, Galef & Jacobs, LLP<br>825 Third Avenue<br>New York, NY 10022-7302<br>Attn:  Janice B. Grubin, Esq.<br>(212) 687-4900 |

| Party | Counsel |
|---|---|
| | Kirkland & Ellis<br>777 South Figueroa Street<br>Los Angeles, CA 90017-5800<br>Attn: Richard L. Wynne, Esq.<br>Sharon M. Kopman, Esq.<br>(213) 680-4800 |
| | Paul, Hastings, Janofsky & Walker<br>695 Town Center Drive – 17th Floor<br>Costa Mesa, CA 92626<br>Attn: John Della Grotta, Esq. |
| JP Morgan Chase Bank | Simpson Thacher & Bartlett<br>425 Lexington Avenue<br>New York, NY 10017<br>Attn: Karen Ann Alinauskas, Esq.<br>(212) 455-2169 |
| Orbotech, Inc. | Wenistein, Eisen & Weiss, LLP<br>1925 Century Park East – Suite 1150<br>Los Angeles, CA 90067<br>Attn: Aram Ordubegian, Esq.<br>(310) 203-9393 |
| Securities Class Action Plaintiffs | Lowenstein Sandler, P.C.<br>65 Livingston Avenue<br>Roseland, NJ 07068<br>Attn: Michael S. Etkin, Esq.<br>Ira M. Levee, Esq.<br>(973) 597-2500 |
| Senior Discount Note Holders | Hahn & Hessen, LLP<br>488 Madison Avenue – 14th Floor<br>New York, NY 10022<br>Attn: Jeffrey Schwartz, Esq. |

| Party | Counsel |
|---|---|
| U.S. Bank National Association<br>1420 Fifth Avenue – 7th Floor<br>Seattle, WA 98101<br>Attn: Lawrence J. Bell | Maslon Edelman Borman & Brand LLP<br>90 South Seventh Street – Suite 3300<br>Minneapolis, MN 55402<br>Attn:  Amy J. Swedberg, Esq.<br>        Clark T. Whitmore, Esq.<br>(612) 672-8200 |
| United States Trustee | Office of the United States Trustee<br>33 Whitehall Street – 21st Floor<br>New York, NY 10004<br>Attn: Gregory M. Zipes, Esq.<br>(212) 510-0500 |
| Wilmington Trust Company<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, DE 19890 | Curtis, Mallet-Prevost, Colt & Mosle LLP<br>101 Park Avenue<br>New York, NY 10178<br>Attn:  Steven Reisman, Esq.<br>        Kathryn Alisbah, Esq.<br>        Julie Dyas, Esq. |

Dated:    New York, New York
          January 15, 2004

BETANCOURT, VAN HEMMEN, GRECO & KENYON
Attorneys for Edward Shirley

By: John Greco (JG-8586)
46 Trinity Place
New York, New York 10006
(212) 297-0050

Notice of Appeal                                  4